# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                                    CASE #:    08 CIV 7426

CHAIM KATZ, INDIVIDUALLY AND ON BEHALF OF A CLASS

                                                                                        Plaintiff(s)/Petitioner(s)

                                                against

545 GRAND FOOD CORP., ET. ANO.

                                                                                        Defendant(s)/Respondent(s)

State of NY

County of Albany      SS

Kerry Gunner       being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on   8/25/08           at   3:25 PM

at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT WITH EXHIBITS**

upon:      **INSTANT MONEY SERVICE INC.**

defendant/respondent in this action by delivering and leaving with   Chad Matice
authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| male | white | brown | 21-24 | 5'11"-6' | 190-210 | glasses |

Sworn to before me on:  8/26/2008

_Sherie A. Searles_                                                                _Kerry Gunner_
Notary Public

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | Lightning Legal Services, LLC |
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY | P.O. Box 9132 |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | Albany, NY 12209 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | 118338 |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 | |

SHERIE A. SEARLES
Notary Public, State of New York
No. 01SE6179623
Qualified in Albany County
Commission Expires 12-17-2011